

# NUMBER 13-21-00401-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI – EDINBURG

## IN RE DONNA M. SHOOK

## On Petition for Writ of Mandamus.

## ORDER

**Before Justices Benavides, Longoria, and Tijerina**
**Order Per Curiam**

On November 17, 2021, relator Donna M. Shook filed a petition for writ of mandamus seeking to compel the trial court to vacate various orders pertaining to discovery. Relator also filed a motion for emergency relief seeking to stay: (1) the Second Amended Order on Motion to Compel Compliance with Subpoena; (2) the November 18, 2021 hearing on Michael W. Arnold's Amended Motion for Contempt; (3) the November 16, 2021 Motion for Contempt for Violation of Court Order and for Sanctions; (4) any enforcement of the underlying Subpoena for Production of Documents; and (5) any effort in the trial court to compel production of the Georgia G. Arnold Living Trust and any

amendments thereto.

The Court, having examined and fully considered the motion for emergency relief, is of the opinion that it should be granted. Accordingly, we grant the motion for emergency relief, and we order the foregoing matters to be stayed pending further order of this Court. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, Michael W. Arnold, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten (10) days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
18th day of November, 2021.

2